## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

LINDEE STOWELL,

                        Plaintiff,

        vs.

OPEN DOOR MISSION,

                        Defendant.

**8:17CV75**

**MEMORANDUM
AND ORDER**

On April 17, 2017, the court ordered Plaintiff to file an amended complaint by May 17, 2017, or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

**IT IS THEREFORE ORDERED** that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 6th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge